598 A.2d 872
STATE OF NEW JERSEY v. ROBINSON VELEZ PEREZ.

April 30, 1991.

Petition for certification granted, limited solely to the *N.J.S.A.* 2C:35–7 merger issue; and it is further

ORDERED that the Appellate Division's remand for resentencing is summarily vacated. Certification is, in all other respects, denied. See *State v. Gonzalez,* 123 *N.J.* 462, 588 *A.*2d 816 (1991).

598 A.2d 873
STATE OF NEW JERSEY v. GEORGE THORESEN.

April 30, 1991.

Petition for certification granted, and that portion of the judgment of the Appellate Division that remanded the matter for *Evid.R.* 8 hearing is summarily reversed. See *State v. Maure,* 123 *N.J.* 457, 588 *A.*2d 383 (1991).

598 A.2d 873
STATE OF NEW JERSEY v. ERIC RUSSELL.

April 30, 1991.

Petition for certification granted, and the matter is summarily remanded to the Assignment Judge, for Camden County, for assignment to a new judge for resentencing.